**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| RONALD DEAN WALKER, | ) | NO. CV 12-10961-GHK(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| M.E. SPEARMAN, | ) | |
| Respondent. | ) | |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED:  1/7 , 2013.

_____
GEORGE H. KING
CHIEF UNITED STATES DISTRICT JUDGE